# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136926(71)

DANIEL HOWE,
      Plaintiff-Appellant
      and Cross-Appellee,

v

MICHAEL BOUCREE and
FLINT NEUROSCIENCE CENTER,
      Defendants,

and

BHADRABALA B. GANATRA, M.D.,
individually and d/b/a BHADRABALA B.
GANATRA, M.D., P.C.,
      Defendants-Appellees
      and Cross-Appellants.
_____/

SC: 136926
COA: 273949
Genesee CC: 2002-073710-NH

On order of the Court, the motion for reconsideration of this Court's March 20, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921